UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEIDI VANKERSEN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:24-cv-909

HON. JANE M. BECKERING

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  The parties filed a Stipulation for Attorney Fees Under the Equal Access to Justice Act (ECF No. 13).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 14) on June 16, 2025, recommending that this Court approve the stipulation.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 14) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Stipulation for Attorney Fees Under the Equal Access to Justice Act (ECF No. 13) is GRANTED for the reasons stated in the Report and Recommendation.

2

**IT IS FURTHER ORDERED** that Plaintiff is awarded EAJA fees in the amount of $8,447.70, subject to any offset to satisfy a pre-existing debt that the litigant owes to the United States, and costs in the amount of $405.00.

Dated: July 1, 2025                                        /s/ Jane M. Beckering
                                                                JANE M. BECKERING
                                                                United States District Judge